## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:25-CV-01353-RP

Plaintiff:
**Hasan Kilic**

vs.

Defendant:
**Velocity Investments, LLC, et al.**

For:
Ciment Law Firm, PLLC
221 Bella Katy Dr
Katy, TX 77494

Received by Kelly Murski on the 9th day of September, 2025 at 10:59 am to be served on **Javitch Block, LLC by serving its registered agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Travis County, TX 78735**.

I, Kelly Murski, being duly sworn, depose and say that on the **9th day of September, 2025** at **5:00 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to **Alvin Sayre, Registered Agent Solutions, Inc.**, in person, as the designated agent to accept delivery of process at the address of **Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Travis County, TX 78735** on behalf of **Javitch Block, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 10th day of September, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Kelly Murski**
PSC-5912, Exp. 10/31/2026

Date: 9/10/25

**Malone Process Service, LLC**
P.O. Box 720040
**Dallas, TX 75372**
(877) 997-3783

Our Job Serial Number: ATX-2025010057
Ref: Hasan Kilic v Velocity Investments

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# TEXAS SECRETARY of STATE
# JANE NELSON

## FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** JAVITCH BLOCK

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801384165 | Javitch Block LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801247321 | Javitch, Block & Rathbone, LLP | Foreign Limited Liability Partnership (LLP) | Expired | Legal | Inactive |
| ○ | 801384165 | Javitch, Block & Rathbone, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | Prior |

[ Return to Order ] [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801384165 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 14, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32043615916 | **FEIN:** | |
| **Name:** | Javitch Block LLC | | |
| **Address:** | 1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | OH, USA | | |
| **Foreign Formation Date:** | May 17, 2010 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Registered Agent Solutions, Inc. | Corporate Center One, 5301 Southwest Parkway, Suite 400<br>Austin, TX 78735 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.