# UNITED STATES DISTRICT COURT
## Western District of Texas – Austin Division

| | | |
|---|---|---|
| HASAN KILIC, | § § | |
| PLAINTIFF | § § | CASE NUMBER: 1:25-cv-01353 |
| VS. | § § | |
| VELOCITY INVESTMENTS, LLC, | § § | |
| & | § § | DEMAND FOR JURY TRIAL |
| JAVITCH BLOCK, LLC | § § | |
| DEFENDANTS | § § | |

## **NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that Plaintiff and Defendants have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Pending the settlement of this matter, Plaintiff and Defendants respectfully request that the Court vacate the case deadlines pending the submission of a Stipulation of Dismissal. Plaintiff and Defendants anticipate filing a Stipulation of Dismissal within thirty (30) days of the date of this Notice.

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite 300
Fort Worth, TX 76137
833-663-3289, ext. 1001
Daniel@cimentlawfirm.com

1

ATTORNEY FOR PLAINTIFF

*/s/ Amy B. Clark*

_____

Amy Beth Clark
CIMENT LAW FIRM, PLLC
221 Bella Katy Drive
Katy, Texas 77494
833-663-3289, ext. 3009
Amy@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

2