# UNITED STATES DISTRICT COURT
## Western District of Texas – Austin Division

| | | |
|---|---|---|
| HASAN KILIC, § § § § § § § § § § § § § | | |
| PLAINTIFF | § | CASE NUMBER: 1:25-cv-01353 |
| VS. | | |
| VELOCITY INVESTMENTS, LLC, | | |
| & | | DEMAND FOR JURY TRIAL |
| JAVITCH BLOCK, LLC | | |
| DEFENDANTS | | |

## **STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiff, Hasan Kilic files this Stipulation of Dismissal under Federal Rule Civil Procedure 41(a)(1) against VELOCITY INVESTMENTS, LLC and JAVITCH BLOCK, LLC.

2. Plaintiff moves to dismiss this suit against VELOCITY INVESTMENTS, LLC and JAVITCH BLOCK, LLC with prejudice.

3. Plaintiff has conferred with Defendants, and they agree to the dismissal.

4. All matters in controversy have been resolved.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

9. Costs are taxed to the party who incurred them.

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel J. Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza Dr.
Suite 300
Fort Worth, Texas 76137
833-663-3289
Daniel@CimentLawFirm.com
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that the above document was sent to all parties of record via the ecf filing system on December 17, 2025.

*Daniel J Ciment*
Daniel J. Ciment